```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VEEKEN CHAGLASSIAN,

                Plaintiff,

                23-cv-2414 (JGK)

- against -

                ORDER

TWITTER, INC.,

                Defendant.

**JOHN G. KOELTL, District Judge:**

    As discussed during the pre-motion conference this afternoon, the plaintiff will file an amended complaint by **June 16, 2023**. The defendant may move or answer by **July 7, 2023**. If the defendant moves to dismiss the amended complaint, it may do so without the need for a pre-motion conference. The plaintiff may respond to any motion to dismiss by **July 28, 2023**, and the defendant may reply by **August 8, 2023**.

    If the defendant answers the amended complaint, the parties shall file a Rule 26(f) report by **July 28, 2023**.

**SO ORDERED.**

Dated:    New York, New York
             June 5, 2023

                                      John G. Koeltl
                              United States District Judge