UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

VEEKEN CHAGLASSIAN,

                Plaintiff,

    - against -

TWITTER, INC.,

                Defendant.
───────────────────────────────

23-cv-2414 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The parties are directed to appear via telephone on **December 5, 2023**, at **2:30 p.m.**, for oral argument on the motion to dismiss.

    Dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to mail a copy of the order to the plaintiff and note the mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
           November 13, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge