```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

VEEKEN CHAGLASSIAN,

                Plaintiff,

  - against -

TWITTER, INC.,

                Defendant.

23-cv-2414 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the oral argument held on December 5, 2023, the defendant is directed to file a response to the plaintiff's request to dismiss this case without prejudice by **December 6, 2023.** The deadline for the plaintiff to reply is **December 8, 2023.**

The Clerk is directed to mail a copy of the order to the plaintiff and note the mailing on the docket. The Court will email a copy to the plaintiff's address.

**SO ORDERED.**

Dated:    New York, New York
             December 5, 2023

                                          */s/ John G. Koeltl*
                                          John G. Koeltl
                                    United States District Judge