UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
VEEKEN CHAGLASSIAN,

                      Plaintiff,

      -against-                                            23 CIVIL 2414 (JGK)

                                                                **JUDGMENT**

TWITTER, INC,

                      Defendant.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2023, the Court could not make the necessary findings at this time and therefore, to the extent that the plaintiff's December 6, 2023 letter is a request for the appointment of such counsel, the request is denied without prejudice. Therefore, in accordance with the plaintiff's December 5, 2023 request, which is not opposed by the defendant, this case is voluntarily dismissed without prejudice. Judgment is entered dismissing this case without prejudice.

**Dated:** New York, New York

       December 12, 2023

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                      **BY:**
                                                             _____
                                                                  **Deputy Clerk**